UNITED STATES of America,
Plaintiff–Appellee,

v.

Vincent Carlmel SELF, also known as Carlmel, Defendant–Appellant.

No. 03–41463.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

Terri Lynn Hagan, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Vincent Carlmel Self, Federal Correctional Institution, Seagoville, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Vincent Carlmel Self, federal prisoner # 07049–078, moves for a certificate of ap-

---

pealability to appeal the denial of his 28 U.S.C. § 2255 motion challenging his conviction for conspiracy to possess with intent to distribute controlled substances. Self, however, did not file a timely notice of appeal from the judgment denying § 2255 relief, *see* FED. R.APP. P. 4(a)(1)(B), and the district court did not err in its determination that Self was not entitled to extend the period for filing a timely notice of appeal under FED. R.APP. P. 4(a)(5),(6). We are therefore without jurisdiction to entertain the appeal, and it is dismissed. *See Dison v. Whitley,* 20 F.3d 185, 186 (5th Cir.1994).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.